**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>STS RENEWABLES LTD., et al.,[1]<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 25-10884<br><br>(Joint Administration Requested) |

**CONSOLIDATED STATEMENT PURSUANT TO FEDERAL**
**RULE OF BANKRUPTCY PROCEDURE 1007(a)(4)**

STS Renewables Ltd. ("STS Renewables"), in its capacity as the authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors"), which are the subject of jointly-administered proceedings (the "CCAA Proceedings") under the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36 (as amended, the "CCAA") in the Ontario Superior Court of Justice (Commercial List) (the "Canadian Court"), respectfully states as follows hereby submits this consolidated statement (this "Statement") pursuant to Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

*(remainder of page intentionally left blank)*

---

[1] The Debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's unique identifier, are: STS Renewables Ltd. (6458); Earth Drilling Co. Ltd. (2067); On Track Drilling Inc. (0775); Subterra Capital Partners Inc. (1618); Subterra Development Ltd. (8868); Earth Drilling Co. Ltd. (5471); STS Renewables Earth USA Acquisition Co. Ltd. (9095); Harris Exploration Drilling & Associates Inc. (9416); and Subterra Capital Partners US Inc. (0344). The Debtors' service address for purposes of these Chapter 15 Cases is 365 Bloor St. E, Suite 400, Toronto, Ontario, Canada M4W 1H7.

A. **CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**

The following corporate ownership statement is made pursuant to Rules 1007(a)(4)(A) and 7007.1 of the Federal Rules of Bankruptcy Procedure:

- No publicly held corporation owns more than 10% of the stock in STS Renewables Ltd.[2]

- STS Renewables Ltd. owns 100% of the common equity interests in each of Earth Drilling Co. Ltd.; STS Renewables Earth USA Acquisition Co. Ltd.; Subterra Capital Partners, Inc.; and Subterra Capital Partners US Inc.

- Earth Drilling Co. Ltd. owns 100% of the equity interests in On Track Drilling Co. Ltd.

- STS Renewables Earth USA Acquisition Co. Ltd. owns 100% of the equity interests in Earth Drilling Co., Ltd., which, in turn, owns 100% of the equity interests in Harris Exploration Drilling & Associates Inc.

- Subterra Capital Partners Inc. owns 100% of the equity interests in Subterra Development Ltd.

B. **CONSOLIDATED VERIFIED LIST**

Pursuant to Bankruptcy Rules 1007(a)(4), 1008, and 2002(q), the list attached hereto as **Schedule 1** contemplates each of the following:

(i) all persons or bodies authorized to administer foreign proceedings of the Debtors;

(ii) all parties to litigation pending in the United States in which any Debtor is a party at the time of filing of the petition; and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

*(remainder of page intentionally left blank)*

---

[2] The following entities own more than 10% of the outstanding common stock of STS Renewables Ltd. as of the Petition Date: Avebury Equity Partners Ltd. (39.81%) and 2016454 Ontario Inc. (17.35%).

I declare under penalty of perjury under the laws of the United States of America that the information in the attached list is true and correct to the best of my knowledge.

|  |  |
|---|---|
| | STS Renewables Ltd.<br>Solely in its capacity as court-appointed Foreign Representative, and not in its personal or corporate capacity |
| Dated: May 15, 2025<br>      Toronto, Ontario,<br>      Canada | |
| | */s/ Matthew Tokarik*<br>By:  Matthew Tokarik<br>Title:  Authorized Signatory for Foreign Representative |

# Schedule 1

**All persons or bodies authorized to administer foreign proceedings of the Debtors.**

STS Renewables Ltd.
365 Bloor St. E, Suite 400
Toronto, Ontario, Canada M4W 1H7
Attn: Matthew Tokarik

**All parties to litigation pending in the United States in which a Debtor is a party at the time of filing of the petition.**

Gold Basin Resources Corporation
c/o DeConcini McDonald Yetwin & Lacy P.C.
Attn: Paul A. Loucks (ploucks@dmyl.com)
2525 Broadway Blvd., Suite 200
Tucson, AZ 85716

Lisbon Valley Mining Co.
P.O. Box 400
Moab, UT 84532

**All entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.**[3]

Attached

---

[3] The information set forth therein is based on the Foreign Representative's review of the Debtors' books and records. The Foreign Representative reserves the right to modify or supplement any of the information provided, effective retroactive to the Petition Date.

| ` | Address1 | Address2 | City | State/Province | ZIP | Country | ROLE | Email | Attention |
|---|---|---|---|---|---|---|---|---|---|
| Accelerated Truck Repair | 3110 Patton Way | | Bakersfield | CA | 93308 | | Parties against whom relief is sought | adhernandez661@gmail.com | Adrian Hernandez |
| Acker Drill Company | Box 830 | | Scranton | PA | 18501 | | Parties against whom relief is sought | accounting@ackerdrill.com | |
| Akin Gump Strauss Hauer & Feld LLP | 1111 Louisiana Street, 4th Floor | | Houston | TX | 77002 | | whom relief is sought | sarriaga@AkinGump.com | Sandra Arriaga |
| Ally Financial | PO Box 380903 | | Bloomington | MN | 55438 | | whom relief is sought | | |
| AMC USA/Reflex | 5225 Wiley Postway | STE 550 | Salt Lake CIty | UT | 84116 | | Parties against whom relief is sought | sabrina.hughes@imdexlimited.com | Sabrina Hughes |
| American Diamond Tool | 925 South 4400 West | | Salt Lake City | UT | 84101 | | Parties against whom relief is sought | cchild@americandiamondtool.net | Charlene Child |
| American Heritage | 9675 Montgomery Road | Ste. 101 | Montgomery | OH | 45242 | | whom relief is sought | | |
| American Mfg Co | 736 - 19 Ave NE | | St Joseph | MN | 54374 | | Parties against whom relief is sought | | |
| American Mining Services, LLC | PO Box 540552 | | North Salt Lake | UT | 84054 | | Parties against whom relief is sought | Nicole.Boes@americanminingservices.com | Nicole Boes |
| Applied Research Associates Inc | 250 Beanville Rd | | Randolph | VT | 05060 | | Parties against whom relief is sought | | |
| Arizona Department of Revenue | 400 W. Congress | | Tucson | AZ | 85701 | | whom relief is sought | | |
| Arizona Registrar of Contractors | 1700 W. Washington St. Suite 105 | | Phoenix | AZ | 85007 | | whom relief is sought | licensing@roc.az.gov | |
| Berkley Industrial Comp | 1 Metroplex Dr. | Ste. 500 | Birmingham | AL | 35209 | | whom relief is sought | | |
| Bridgestone Hose Power, LLC | 50 Industrial Loop | | North Orange Park | FL | 32073-6258 | | Parties against whom relief is sought | tbates@hosepower.com | Tiffany bates |
| BuildCentral | PO Box 3356 | | Glen Ellyn | IL | 60138 | | whom relief is sought | billing@buildcentral.com | Susan Dobson |
| Burgex Mining Consultants | 10717 South State Street | | Sand | UT | 84070 | | Parties against whom relief is sought | gpeterson@burgex.com | Graham Peterson |
| Burr Forman LLP | POST BOX 830719 | | Birmingham | AL | 35283-0719 | | Parties against whom relief is sought | accountsreceivable@burr.com | |

| ` | Address1 | Address2 | City | State/Province | ZIP | Country | ROLE | Email | Attention |
|---|---|---|---|---|---|---|---|---|---|
| Cal Portland Company | 1490 Rubidoux Blvd. | | Riverside | CA | 92509 | | Parties against whom relief is sought | kmayfield@calportland.com | Kendall Mayfield |
| California Contractors State License Board | PO Box 26000 | | Sacramento | CA | 95826 | | Parties against whom relief is sought | Licensing@cslb.ca.gov | |
| California Department of Tax and Fee Administration | Account Information Group, MIC:29 | P.O. Box 942879 | Sacramento | CA | 94279-0029 | | Parties against whom relief is sought | | |
| Caplan & Earnest LLC | 3107 Iris Avenue, Suite 100 | | Boulder | CO | 80301 | | Parties against whom relief is sought | | |
| Cassels Brock & Blackwell LLP | Bay Adelaide Centre - North Tower | 40 Temperance Street, Suite 3200 | Toronto | ON | M5H 0B4 | Canada | Counsel to The Bank of Nova Scotia | skukulowicz@cassels.com; jarbuck@cassels.c | Shayne Kukulowicz; Jason Arbuck. Jeremy |
| Cat Financial Cat Card | PO Box 735638 | | Dallas | TX | 75373-5638 | | Parties against whom relief is sought | | |
| CC Communications | 1750 W. Williams Ave. | | Fallon | NV | 89406 | | Parties against whom relief is sought | m.catfinancial.com | |
| Centerline Manufacturing, LLC | 7355 East State Hwy. 154 | | Winnsboro | TX | 75494 | | Parties against whom relief is sought | | |
| City of Fallon | 55 West Williams Ave | | Fallon | NV | 89406 | | Parties against whom relief is sought | | |
| Cole International USA Inc | 1775 Baseline Road | STE 280 | Grand Island | NY | 14072 | | Parties against whom relief is sought | AR.remittancesUSA@coleintl.com | |
| Comfort Inn & Suites | 2020 N. Federal Blvd. | | Riverton | WY | 82501 | | Parties against whom relief is sought | | |
| COMPANIES FOR NET ZERO LLC | 806 Morries Turnpike | Suite 3P6 | Short Hill | NJ | 07078 | | Parties against whom relief is sought | decarbsummits.com | Scott Donachie |
| Concur Technologies, Inc. | 601 108th Ave NE, STE 1000 | | Bellevue | WA | 98004 | | Parties against whom relief is sought | blake.ogletree@sap.com | Blake Ogletree |
| Corporate Traveller | 1605-555 West Hastings Street | | Vancouver | BC | V6B 4N6 | Canada | Parties against whom relief is sought | natalie.stindl@corporatetraveller.ca | Natalie Stindl |
| Corporation Service Company (CSC) | P.O. Box 7410023 | | Chicago | IL | 60674-5023 | | Parties against whom relief is sought | | |
| Cota LLC | 1301 Prince Hall Drive | | Beloit | WI | 53511 | | Parties against whom relief is sought | | |

| ` | Address1 | Address2 | City | State/Province | ZIP | Country | ROLE | Email | Attention |
|---|---|---|---|---|---|---|---|---|---|
| David Francisco | | | | | | | whom relief is sought | | |
| DeConcini McDonald Yetwin & Lacy P.C. | 2525 E. Broadway Blvd, Ste 200 | | Tucson | AZ | 85716 | | Counsel to Gold Basin Resources Corporation | ploucks@dmyl.com | Paul A. Loucks |
| Delaware Division of Revenue/Bankruptcy Service | Carvel State Building | 820 N. French Street, 8th Floor | Wilmington | DE | 19801 | | whom relief is sought | | |
| Diedrich Drill | 5 Fisher Street | | LaPorte | IN | 46350 | | Parties against whom relief is sought | kim.malecki@diedrichdrill.com | |
| Drilling Tools International Corp | 3701 Briarpark Drive | | Houston | TX | 77082 | | Parties against whom relief is sought | accountsreceivable@drillingtools.com | |
| Earth Drilling Co. Ltd. | 2903 - 61 Avenue SE | | Calgary | AB | T2C 1R2 | Canada | Parties against whom relief is sought | | |
| Eijkelkamp North America | 6707 Netherlands Drive | | Wilmington | NC | 28405 | | Parties against whom relief is sought | catchall@eijkelkamp.com | Timon Van Eeten |
| Eijkelkamp North America (USD) | 110, 9230 Globe Center Dr | | Morrisville | NC | 27560-8283 | | Parties against whom relief is sought | USinfo@eijkelkamp.com | |
| Eijkelkamp North America (USD) | P.O. Box 746795 | | Atlanta | GA | 30374-6795 | | Parties against whom relief is sought | USinfo@eijkelkamp.com | |
| Empire Southwest, LLC | PO Box 2985 | | Phoenix | AZ | 85062 | | Parties against whom relief is sought | Ria.Rana@empire-cat.com | Ria Rana |
| EMPLOYMENT SECURITY DIVISION | 500 East Third St | | Carson City | NV | 89713-0030 | | Parties against whom relief is sought | | |
| Enterprise Holdings c/o Damage Recovery Unit | P.O. Box 843369 | | Kansas City | MO | 64184-3369 | | Parties against whom relief is sought | beatrice.L.Slade@ehi.com | |
| Esmeralda County Utilities (Goldfield) | PO Box 547 | | Goldfield | NV | 89013-0547 | | Parties against whom relief is sought | | |
| Fairfield By Marriott Boise Nampa | 16150 N Merchant Way | | Nampa | ID | 83687 | | Parties against whom relief is sought | | |
| Faxpipe | 190 West 800 North | Suite 202 | Provo | UT | 84601 | | whom relief is sought | ap.com; blake.ogletree | |

| ` | Address1 | Address2 | City | State/Province | ZIP | Country | ROLE | Email | Attention |
|---|---|---|---|---|---|---|---|---|---|
| FEDEX | Dept LA Po Box 21415 | | Pasadena | CA | 91185-1415 | | Parties against whom relief is sought | | |
| Field Sync Inc | 3818 202 Avenue SE | | Calgary | AB | T3M 3G1 | Canada | Parties against whom relief is sought | daniel@fieldsync.ca | Daniel Zarinski |
| First Insurance | 450 Skokie Blvd | Ste. 1000 | Northbrook | IL | 60062 | | whom relief is sought | billing@faxpipe.com | |
| Fleetio | Suite 300, 1900 - 2nd Ave. North | | Birmington | AL | 35203 | | Parties against whom relief is sought | | |
| FLYERS ENERGY LLC | PO Box 884517 | | Los Angeles | CA | 90088-4517 | | Parties against whom relief is sought | Lawrence.salva@flyersenergy.com | Lawrence Salva |
| Flying Triangle Ranch, LLC | 10749 N. Hwy 789 | | Riverton | WY | 82501 | | Parties against whom relief is sought | cliffftr@wyoming.com | Cliff Henderson |
| Ford Motor Company | PO Box 35910 | | Cleveland | OH | 44135 | | whom relief is sought | | |
| Foremost Industries | 1125 64th Ave NE | | Calgary | AB | T2E 8P9 | Canada | Parties against whom relief is sought | Clint.harrowing@foremost.ca | Clint Harrowing |
| Front Street Importers LLC | 7 S Front Street | BOX 183 | Sunburst | MT | 59482 | | Parties against whom relief is sought | | |
| Frontier Truck Parts | 4363 Walnutdale Drive | | Dorr | MI | 49323 | | Parties against whom relief is sought | | |
| G.O. Loop LLC | 114 Karavan Drive | | Fox Lake | WI | 53933 | | Parties against whom relief is sought | colton@goloopwi.com | Colton Sherwood |
| G.O. Loop, LLC | PO Box 86 | | Fox Lake | WI | 53933 | | Parties against whom relief is sought | Jacque@goloopwi.com | Jacque |
| Geneva Hydraulics, Inc. | 343 S. Mountain Way Dr. | | Orem | UT | 84058 | | Parties against whom relief is sought | matt@genevahydraulics.com | Matt Stajduhar |
| Geo-Loop, Inc. (USD) | PO Box 632 | 316 E. 9 Street SE | Aurelia | IA | 51005 | | Parties against whom relief is sought | jenny@geo-loop.com | |
| Geoprobe Systems | 1835 Wall St | | Salina | KS | 67401 | | Parties against whom relief is sought | | |

| ` | Address1 | Address2 | City | State/Province | ZIP | Country | ROLE | Email | Attention |
|---|---|---|---|---|---|---|---|---|---|
| GEOSTUFF | 1579 Lupine Lane | | Lincoln | CA | 95648 | | Parties against whom relief is sought | | |
| Geothermal Energy Supply | 2525 North Elston Ave. | | Chicago | IL | 60647 | | Parties against whom relief is sought | kmaruyama@weldongrp.com | Kenneth Maruyama |
| Geothermal Resource Technologies Inc | PO BOX 256 | | Elkton | SD | 57026 | | Parties against whom relief is sought | | |
| GEOXPLOR CORP | 8-650 Clyde Ave, W | | Vancouver | BC | V7T 1E2 | Canada | Parties against whom relief is sought | | |
| Gold 50 US | 241 Ridge Street | Suite 210 | Reno | NV | 89501 | | Parties against whom relief is sought | mwallace@g50corp.com | Mark Wallace |
| Gold Basin Resources | 1170 - 1040 West Georgia Street | | Vancouver | BC | V6E 4H1 | Canada | Parties against whom relief is sought | colin@goldbasincorp.com | Colin Smith |
| Gus Pech Mfg. Co. Ltd. (USD) | PO Box 96 | | Le Mars | IA | 51031-0096 | | Parties against whom relief is sought | purchasing@guspech.com | |
| Hardwick Machinery Repair | 7272 Airport Road | | West Jordan | UT | 84084 | | Parties against whom relief is sought | ShayH@hardwickmachinery.com | Shay Thompson |
| Harris Beach PLLC | Larkin at Exchange 726 | Exchange Street, Suite 1000 | Buffalo | NY | 14210 | | Parties against whom relief is sought | | |
| Harris Exploration | PO BOX 5579 | | Fallen | NV | 89407 | | Parties against whom relief is sought | | |
| Harrison Hydra-Gen | 14233 West Road | | Houston | TX | 77041 | | Parties against whom relief is sought | dataentry@harrisonhydragen.org | |
| Hidden Valley Insurance | PO Box 712450 | | Cottonwood Heights | UT | 84171-2450 | | Parties against whom relief is sought | kelly@hiddenvalleyinc.com | Kelly Creviston |
| Hole Products | 7575 Bombardier Court, Suite 300 | | Wausau | WI | 54401 | | Parties against whom relief is sought | lkuchinski@holeproducts.com | Lisa Kuchinski |
| Howell International Enterprises LLC | PO Box 1630 Castle Rock, CO 80129 | | Castle Rock | CO | 80129 | | Parties against whom relief is sought | accounting@miningrecord.com | Ana Cardinal |
| Idaho State Tax Commission | PO Box 36 | | Boise | ID | 83722-0410 | | whom relief is sought | | |

| ` | Address1 | Address2 | City | State/Province | ZIP | Country | ROLE | Email | Attention |
|---|---|---|---|---|---|---|---|---|---|
| Inflatable Packers International LLC | PO BOX 2445 | 18 Pepsi Drive | Red Lodge | MT | 59068 | | Parties against whom relief is sought | | |
| Internal Revenue Service | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | whom relief is sought | | |
| ISCO Canada | 9310 Yellowhead Trail | | Edmonton | AB | T5G 0W4 | Canada | Parties against whom relief is sought | Holly.mclaughlin@isco-pipe.com | Holly McLaughlin |
| J&B Equipment Repair of TN | 5814 General Carl W. Stiner Hwy | | La Follette | TN | 59702 | | Parties against whom relief is sought | info@okeefedrilling.com | |
| J. Ruble & Sons Truck Sales Inc. | 101, 23834 Carrier Road | | Monroeville | IN | 46773 | | Parties against whom relief is sought | nick@jruble.com; melody@pacrimtrans.com | |
| James Nidzgorski | | | | | | | Parties against whom relief is sought | | |
| Jim Menesini Petroleum | PO Box 817 | | Yerington | NV | 89447 | | Parties against whom relief is sought | ar@jimmenesinipetro.com | Blake Houston |
| Johnson Bearing | 515 Visdta Blvd | | Sparks | NV | 89434 | | Parties against whom relief is sought | ghibl@johnsonbearing.com | |
| JW Welding Supply | PO Box 1416 | | Fallon | NV | 89407 | | Parties against whom relief is sought | ar@jwwelding.com | Celeste Llamas |
| Krux Analytics, Inc. | 200, 632 Confluence Way SE | | Calgary | AB | T2G 0G1 | Canada | Parties against whom relief is sought | gagdamag@kruxanalytics.com | Geraldine Agdamag |
| LAYNE CHRISTENSEN COMPANY dba IDS | PO Box 743524 | | Los Angeles | CA | 90074-3524 | | Parties against whom relief is sought | Paula.James@idsdrill.com | Paula James |
| Lisbon Valley Mining Co. | 920 South County Road 313 | | La Sal | UT | 84530 | | Parties against whom relief is sought | bsparks@lisbonmine.com | Brian Sparks |
| Lochend Energy Services, Inc. | Box 280 42 McCool Cres | | Crossfield | AB | T0M 0S0 | Canada | Parties against whom relief is sought | mhayes@lochendservices.com | Marcia Hayes |
| Manitoulin Transport | 11310 Bevington Road | | Acheson | AB | 14203 | Canada | Parties against whom relief is sought | MKorabek@phillipslytle.com | |

| ` | Address1 | Address2 | City | State/Province | ZIP | Country | ROLE | Email | Attention |
|---|---|---|---|---|---|---|---|---|---|
| Marietta Transfer Company, Inc. | P.O. Box 36 | | Marietta | OH | 44139 | | Parties against whom relief is sought | TTutolo@pile.com | |
| Massachusetts Department of Revenue Collections Bureau/Bankruptcy Unit | PO Box 7090 | | Boston | MA | 02204-7090 | | Parties against whom relief is sought | | |
| Merten's Heavy Equipment Repair LLC | 3660 E. Martin Lane | | Kingman | AZ | 86409 | | Parties against whom relief is sought | kiara@mertensequipment.com | Kiara Watkins |
| Midwest Geothermal LLC | 4670 36th Street SE | | Grand Rapids | MI | 49512 | | Parties against whom relief is sought | beth@mwgeothermal.com | Beth Ryan |
| Mincon | PO Box 13886 | | Roanoke | VA | 24038 | | Parties against whom relief is sought | Michellemeikle@mincon.com | Michelle Meikle |
| Montrose Glass | 1520 Lamoille Hwy | | Elko | NV | 89801 | | Parties against whom relief is sought | | |
| Motive | 55 Hawthorne Street | Ste #400 | San Francisco | CA | 94105 | | whom relief is sought | | |
| Motive Technologies Inc | DEPT CH 17110 | | Palatine | IL | 600557110 | | Parties against whom relief is sought | billing@gomotive.com | |
| Multi-Power Products, Ltd. | 975 Crowley Ave. | | Kelowna | BC | V1Y 9R6 | Canada | Parties against whom relief is sought | Shiulm@multipowerproducts.com | Shirley Ulm |
| Napa Auto Parts Wyoming | 201 S. Federal Blvd. | | Riverton | WY | 82501 | | Parties against whom relief is sought | | |
| Navajo Transitional Energy | 4801 N.Butler Ave. Bldg 12000 | | Farmington | NM | 87401 | | Parties against whom relief is sought | | |
| Nevada State Contractors Board | 5390 Kietzke Lane | Suite 102 | Reno | NV | 89511 | | whom relief is sought | @nscb.state.nv.us | |
| Norco | PO Box 35144 | | Seattle | WA | 98124-5144 | | Parties against whom relief is sought | carolw@norco-inc.com | Carol W. |
| NV ENERGY | PO Box 30065 | | Reno | NV | 89520 | | Parties against whom relief is sought | Support@gomotive.com | |
| Ohio Bureau of Workers' Compensation | PO Box 89492 | | Cleveland | OH | 44101-6492 | | Parties against whom relief is sought | | |

| ` | Address1 | Address2 | City | State/Province | ZIP | Country | ROLE | Email | Attention |
|---|---|---|---|---|---|---|---|---|---|
| Online Freight Services, Inc. | PO Box 860789 | | Minneapolis | MN | 55486-0789 | | Parties against whom relief is sought | wfritz@onlinefreight.com | Wendy Fritz |
| Open Loop Energy, Inc | PO Box 391 | | Safford | AZ | 85548 | | Parties against whom relief is sought | bsherman@openloop.net | Brenda Sherman |
| O'Reilly Auto Parts | PO Box 9464 | | Springfield | MO | 65801-9464 | | Parties against whom relief is sought | | |
| Pac Rim Transportation LLC | 3518 Heathrow Way | | Medford | OR | 97504 | | Parties against whom relief is sought | melody@pacrimtrans.com | |
| Paragon Drilling Supplies, Ltd | Bay 3,233177 Range Road 283 | | Rocky View County | AB | T1X 0J9 | Canada | Parties against whom relief is sought | Hayley@paragondrilling.com | Hayley Murphy |
| Patrick Harris | | | | | | | whom relief is sought | | |
| Paychex | 220 Kenneth Drive | | Rochester | NY | 14623-4277 | | whom relief is sought | | |
| Phillips Lytle LLP | 125 Main Street | | Buffalo | NY | 14203 | | whom relief is sought | MKorabek@phillipslytle.com | Michelle L. Korabek |
| Pile Dynamics, Inc. | 30725 Aurora Rd | | Cleveland | OH | 44139 | | Parties against whom relief is sought | TTutolo@pile.com | |
| PricewaterhouseCoopers Inc. | 18 York Street | Suite 2500 | Toronto | ON | M5J 0B2 | Canada | CCAA Monitor | michael.mctaggart@pwc.com; christine.l.sinclair@pwc.com | Michael McTaggart; Christine Sinclair |
| R & R Drilling, Inc. | PO Box 350 | | Tazewell | TN | 37879 | | Parties against whom relief is sought | airdocron1@gmail.com | Ron Welch |
| Ray Quinney & Nebeker | 36 South State Street | Suite 1400 | Salt Lake City | UT | 84111 | | Counsel to Harris Exploration Drilling | branschau@rqn.com | Beth J. Ranschau |
| Reconstruct LLP | 80 Richmond Street West | Suite 1700 | Toronto | ON | M5H 2A4 | Canada | Counsel to CCAA Monitor | cfell@reconllp.com; | Caitlin Fell; Sharon Kour |
| Red Rock Spring Water | 1145 Icehouse Ave | | Sparks | NV | 89431 | | Parties against whom relief is sought | | |
| Reno Hydraulic & Rebuild, Inc. | 50 E. Glendale Ave. | | Sparks | NV | 89431 | | Parties against whom relief is sought | sandy@renohydraulic.com | Sandy |

| ` | Address1 | Address2 | City | State/Province | ZIP | Country | ROLE | Email | Attention |
|---|---|---|---|---|---|---|---|---|---|
| Rig Source Inc | 700 Hicks Drive | | Elburn | IL | 60119 | | Parties against whom relief is sought | Amy@rigsourceinc.com | |
| Rogne Realty | 590 W. Williams Ave. | | Fallon | NV | 89406 | | whom relief is sought | | |
| Ronald Brandt | 1620 Shoffner Lane | | Fallon | NV | 89406 | | whom relief is sought | support@berkindcomp.com | |
| Safety First Training and Consulting | 1031 Railroad Street, Suite 103B | | Elko | NV | 89801 | | Parties against whom relief is sought | | |
| Sam Eakin, III | 3940 N. Irving | | Kingman | AZ | 86409 | | Parties against whom relief is sought | sam@mojavedroneservices.com | |
| Schlumberger Technology Corporation | 300 Schlumberger Drive MD23 | | Sugar Land | TX | 77478 | | Parties against whom relief is sought | jjanssen@celsiusenergy.com | Johan Janssen |
| Seattle Tractor Parts & Equipment Inc | 18801 Southcenter Parkway | | Tukwila | WA | 98138 | | Parties against whom relief is sought | | |
| Sonesta Simply Suites | 24741 Country Club Blvd | | North Olmstead | OH | 44070 | | Parties against whom relief is sought | KATIE.GRENIG@SONESTA.COM | |
| Southwest Gas | PO Box 98890 | | Las Vegas | NV | 89193-8890 | | Parties against whom relief is sought | | |
| State Fire DC Specialties | PO Box 65248 | | Salt Lake City | UT | 84165 | | Parties against whom relief is sought | | Dana Crooks |
| Summit Fleet | PO Box 95405 | | Chicago | IL | 60694-5405 | | whom relief is sought | | |
| Sun Machinery Corp. | 3375 Royal Avenue | | Oceanside | NY | 11572 | | Parties against whom relief is sought | accounting@ackerdrill.com | |
| Techline Alaska, Inc. | 3049 Davis Road Unit 1 | | Fairbanks | AK | 99709 | | Parties against whom relief is sought | jakev@techline-services.com | Jake V |
| TelAgility Corp | 24, 326 First St | | Annapolis | MD | 21403-2675 | | Parties against whom relief is sought | support@telagility.biz | |
| Terra Sonic | 27825 ST RT 7 | | Marietta | OH | 45750 | | Parties against whom relief is sought | crd@terrasonicinternational.com | Cindy Duty |
| T-Mobile | PO Box 742596 | | Cincinatti | OH | 45274 | | whom relief is sought | | |

| ` | Address1 | Address2 | City | State/Province | ZIP | Country | ROLE | Email | Attention |
|---|---|---|---|---|---|---|---|---|---|
| Travelers | PO Box 660317 | | Dallas | TX | 75266 | | whom relief is sought | | |
| TRAVELERS INS - AUTOPAY | PO Box 660317 | | Dallas | TX | 75266-0317 | | Parties against whom relief is sought | | |
| TRZ Welding and Fabrication LLC | 40005 Banks Road | | Grafton | OH | 44044 | | Parties against whom relief is sought | timzacharias@gmail.com | Tim Zacharias |
| Turnout Supply LLC | PO Box 157 | | Oakle | UT | 84055 | | Parties against whom relief is sought | Kassidy@turnoutsupply.com | Kassidy Arbillaga |
| United Healthcare | PO Box 94017 | | Palatine | IL | 60094 | | whom relief is sought | | |
| United Rentals (Quickspace) | PO Box 051122 | | Los Angeles | CA | 90074-1122 | | Parties against whom relief is sought | URAccountsReceivable@ur.com | Justine Gonzales |
| UPS Supply Chain Solutions | 28013 Network Place | | Chicago | IL | 60673-1280 | | Parties against whom relief is sought | | |
| Usinage X-Spec Inc. | 1066, Jules Brisebois | | Val-d'Or | QC | J9P 6X4 | Canada | Parties against whom relief is sought | | |
| Utah Division of Professional Licensing | Heber M. Wells Building, 4th Floor | 160 East 300 South | Salt Lake City | UT | 84114-6741 | | whom relief is sought | dopl@utah.gov | |
| Utah State Tax Commission | 210 N. 1950 West | | Salt Lake City | UT | 84134 | | whom relief is sought | | Bankruptcy Unit |
| Vaco by Highspring | 5501 Virginia Way | Suite 120 | Brentwood | TN | 37027 | | Parties against whom relief is sought | | Stephanie Bagwell |
| Verizon | PO Box 489 | | Newark | NJ | 07101 | | whom relief is sought | | |
| Walker Lake Disposal Fallon LLC | 8383 Reno Hwy | | Fallon | NV | 89406 | | Parties against whom relief is sought | | Maryann Renfro |
| Wayne Mehlhorn | 1337 E Myrna Lane | | Tempe | AZ | 85284 | | Parties against whom relief is sought | wmehlhorn@cox.net | |
| Wells Fargo Signify Credit Cards | PO Box 29482 | | Phoenix | AZ | 85038 | | whom relief is sought | | |
| Wells Fargo Wells One | PO Box 63020 | | San Francisco | CA | 94163 | | whom relief is sought | | |
| Werdco BC, Inc. | 4660 Flippin Street | | Las Vegas | NV | 89115 | | Parties against whom relief is sought | paula@werdcobc.com | Paula Powada |

| ` | Address1 | Address2 | City | State/Province | ZIP | Country | ROLE | Email | Attention |
|---|---|---|---|---|---|---|---|---|---|
| Western Rubber & MFG. | 7015 OLD HWY. 105 W. | | Conroe | TX | 77304 | | Parties against whom relief is sought | | |
| Westland Insurance Group | 15037 Yonge Street | | Aurora | ON | L4G 1M3 | Canada | Parties against whom relief is sought | jwhelan@westlandinsurance.ca | Joanne Whelan |
| Wheeler Machinery Co. | 4901 West 2100 South | | Salt Lake City | UT | 84120 | | Parties against whom relief is sought | rgraves@wheelercat.com | Rachel Graves |
| Safety and Professional Services | 4822 Madison Yards Way | | Madison | WI | 53705 | | whom relief is sought | | |
| Wolfe Mining Products | PO Box 1252 | | Riverton | UT | 84065 | | Parties against whom relief is sought | jwolfe@wolfemp.com | John Wolfe |