# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| STS RENEWABLES LTD., et al.,[1] | Case No. 25-10884 (KBO) |
| Debtors in a Foreign Proceeding. | (Joint Administration Requested) |

**Virtual Hearing Date: May 19, 2025, at 2:00 p.m. (ET)**

## NOTICE OF VIRTUAL[2] HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that on May 15, 2025 (the "Petition Date"), STS Renewables Ltd., in its capacity as the authorized foreign representative (the "Foreign Representative") of the above-captioned debtors (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), for each of the Debtors with the Clerk of the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that, together with their chapter 15 petitions, the Debtors also filed the following motions set forth below (collectively, the "First Day Motions"). A virtual hearing to consider the First Day Motions (the "First Day Hearing") will be held on **May 19, 2025, at 2:00 p.m. (Eastern time)**, before the Honorable Chief Judge Karen B. Owens at the United States Bankruptcy Court for the District of Delaware (the

---

[1] The Debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's unique identifier, are: STS Renewables Ltd. (6458); Earth Drilling Co. Ltd. (2067); On Track Drilling Inc. (0775); Subterra Capital Partners Inc. (1618); Subterra Development Ltd. (8868); Earth Drilling Co. Ltd. (5471); STS Renewables Earth USA Acquisition Co. Ltd. (9095); Harris Exploration Drilling & Associates Inc. (9416); and Subterra Capital Partners US Inc. (0344).  The Debtors' service address for purposes of these Chapter 15 Cases is 365 Bloor St. E, Suite 400, Toronto, Ontario, Canada M4W 1H7.

[2] Any party who wishes to participate is required to register using eCourt-Appearance tool through https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl. Please refer to Judge Owens' Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for more information.

4908-9593-8883.1 81857.00001

"Court"), located at 824 North Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.

### First Day Motions

1. Motion for Order (I) Directing Joint Administration of Cases Under Chapter 15 of the Bankruptcy Code and (II) Authorizing Foreign Representative to File Consolidated Lists of Information Required by Bankruptcy Rule 1007(A)(4); and (III) Authorizing Redaction of Certain Personal Identifying Information within the Consolidated Lists [Filed:5/15/25] (Docket No. 3).

2. Motion for Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code [Filed:5/15/25] (Docket No. 8).

3. Motion for Order Scheduling Recognition Hearing and Specifying Form and Manner of Service of Notice [Filed:5/15/25] (Docket No. 9).

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Motions which have already been served on the Core Notice Parties (as defined in the *Motion for Order Scheduling Recognition Hearing and Specifying Form and Manner of Service of Notice*), can be obtained for a fee through the Court's website at www.deb.uscourts.gov, referencing Case No. 25-10884 (KBO) or by emailing Brooke Wilson at bwilson@pszjlaw.com.

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Motions may be made at the First Day Hearing.

[*Remainder of Page Left Intentionally Blank.*]

| | |
|---|---|
| Dated: May 16, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Steven W. Golden*<br>Steven W. Golden (DE Bar No. 6807)<br>Colin R. Robinson (DE Bar No. 5524)<br>Brooke E. Wilson (*pro hac vice* pending)<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19899-8705<br>Tel: 302-652-4100<br>Fax: 302-652-4400<br>sgolden@pszjlaw.com<br>crobinson@pszjlaw.com<br>bwilson@pszjlaw.com<br><br>*Attorneys for Foreign Representative* |