# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| STS RENEWABLES LTD., et al.,[1] | Case No. 25-10884 (KBO) |
| Debtors in a Foreign Proceeding. | (Joint Administration Requested) |

## CERTIFICATE OF SERVICE

I, Steven W. Golden, hereby certify that on the 16th day of May 2025, I caused a copy of the following document to be served upon the attached service list in the manner indicated:

**STS RENEWABLES LTD. CHAPTER 15 PETITION [DKT. NO. 1];**

**EARTH DRILLING CO. LTD. CHAPTER 15 PETITION [DKT. NO. 1];**

**ON TRACK DRILLING INC. CHAPTER 15 PETITION [DKT. NO. 1];**

**SUBTERRA CAPITAL PARTNERS INC. CHAPTER 15 PETITION [DKT. NO. 1];**

**SUBTERRA DEVELOPMENT LTD. CHAPTER 15 PETITION [DKT. NO. 1];**

**STS RENEWABLES EARTH USA ACQUISITION CO. LTD. CHAPTER 15 PETITION [DKT. NO. 1];**

**EARTH DRILLING CO. LTD. CHAPTER 15 PETITION [DKT. NO. 1];**

**HARRIS EXPLORATION DRILLING & ASSOCIATES, INC. CHAPTER 15 PETITION [DKT. NO. 1];**

**SUBTERRA CAPITAL PARTNERS US INC. CHAPTER 15 PETITION [DKT. NO. 1];**

---

[1] The Debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's unique identifier, are: STS Renewables Ltd. (6458); Earth Drilling Co. Ltd. (2067); On Track Drilling Inc. (0775); Subterra Capital Partners Inc. (1618); Subterra Development Ltd. (8868); Earth Drilling Co. Ltd. (5471); STS Renewables Earth USA Acquisition Co. Ltd. (9095); Harris Exploration Drilling & Associates Inc. (9416); and Subterra Capital Partners US Inc. (0344). The Debtors' service address for purposes of these Chapter 15 Cases is 365 Bloor St. E, Suite 400, Toronto, Ontario, Canada M4W 1H7.

MOTION FOR ORDER DIRECTING (I) JOINT ADMINISTRATION OF CASES UNDER CHAPTER 15 OF THE BANKRUPTCY CODE; (II) AUTHORIZING FOREIGN REPRESENTATIVE TO FILE CONSOLIDATED LISTS OF INFORMATION REQUIRED BY BANKRUPTCY RULE 1007 (A)(4); AND (III) AUTHORIZING REDACTION OF CERTAIN PERSONAL IDENTIFYING INFORMATION WITHIN THE CONSOLIDATED LISTS (DKT. NO. 3);

VERIFIED PETITION FOR (I) RECOGNITION OF FOREIGN MAIN PROCEEDINGS, (II) RECOGNITION OF FOREIGN MAIN PROCEEDINGS, (II) RECOGNITION OF FOREIGN REPRESENTATIVE, AND (III) RELATED RELIEF UNDER CHAPTER 15 OF THE BANKRUPTCY CODE [STS RENEWABLES LTD.] (DKT. NO. 5);

DECLARATION OF SEAN ZWEIG IN SUPPORT OF VERIFIED PETITION FOR (I) RECOGNITION OF FOREIGN MAIN PROCEEDINGS, (II) RECOGNITION OF FOREIGN REPRESENTATIVE, AND (III) RELATED RELIEF UNDER CHAPTER 15 OF THE BANKRUPTCY CODE (DKT. NO. 6);

DECLARATION OF FOREIGN REPRESENTATIVE PURSUANT TO 11 U.S.C § 1515 AND RULE 1007(A)(4) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND IN SUPPORT OF VERIFIED PETITION FOR (I) RECOGNITION OF FOREIGN MAIN PROCEEDINGS, (II) RECOGNITION OF FOREIGN MAIN PROCEEDINGS, (II) RECOGNITION OF FOREIGN REPRESENTATIVE, AND (III) RELATED RELIEF UNDER CHAPTER 15 OF THE BANKRUPTCY CODE (DKT. NO. 7);

MOTION FOR PROVISIONAL RELIEF PURSUANT TO SECTION 1519 OF THE BANKRUPTCY CODE (DKT. NO. 8);

MOTION FOR ORDER SCHEDULING RECOGNITION HEARING AND SPECIFYING FORM AND MANNER OF SERVICE OF NOTICE (DKT. NO. 9);

NOTICE OF VIRTUAL HEARING OF FIRST DAY MOTIONS [DKT. NO. 10]; AND

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR MAY 19, 2025 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JUDGE KAREN B. OWENS BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE [DKT. 11].

| | |
|---|---|
| Dated: May 16, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Steven W. Golden*<br>Steven W. Golden (DE Bar No. 6807)<br>Colin R. Robinson (DE Bar No. 5524)<br>Brooke E. Wilson (*pro hac vice* pending)<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19899-8705<br>Tel: 302-652-4100<br>Fax: 302-652-4400<br>sgolden@pszjlaw.com<br>crobinson@pszjlaw.com<br>bwilson@pszjlaw.com<br><br>*Attorneys for Foreign Representative* |

STS Renewables Ltd., et al. 2002 Service List
Case No. 25-10884 (KBO)
Document no. 4917-9363-5652
03 – First Class Mail
29 – Electronic Mail

*(Attorneys for Foreign Representative)*
Steven W. Golden, Esq
Colin R. Robinson, Esq
Pachulski Stang Ziehl & Jones LLP
919 N Market Street, 17th Floor
Wilmington, DE 19899-8705
**Email: sgolden@pszjlaw.com; crobinson@pszjlaw.com**

*(Attorneys for Foreign Representative)*
Brooke E. Wilson, Esq
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, Suite 3430
San Francisco, CA 94104
**Email: bwilson@pszjlaw.com**

*FIRST CLASS MAIL*
*(Debtor)*
STS Renewables Ltd.
365 Bloor Street E, Suite 400
Toronto, Ontario M4W 1H7
CANADA

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
2970 Market Street (Zip 19104)
Mail Stop 5-Q30.133
Philadelphia, PA 19101

*FIRST CLASS MAIL*
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220

***ELECTRONIC MAIL***
*(U.S. Trustee)*
Jonathan Lipshie, Esq.
Joseph McMahon, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
**Email: jon.lipshie@usdoj.gov; joseph.mcmahon@usdoj.gov**

***ELECTRONIC MAIL***
*(State Attorney General)*
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE 19801
**Email: attorney.general@delaware.gov**

***ELECTRONIC MAIL***
Attn: Christina Rojas
Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N. French Street
Wilmington, DE 19801
**Email: FASNotify@delaware.gov**

***ELECTRONIC MAIL***
*(United States Attorney)*
David C. Weiss
c/o Dylan Steinberg
US Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N. Market Street, Suite 400
Wilmington, DE 19801
**Email: usade.ecfbankruptcy@usdoj.gov**

***ELECTRONIC MAIL***
*(United States Attorney General)*
Merrick B. Garland, Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC  20530-0001
**Email:  askdoj@usdoj.gov**

***ELECTRONIC MAIL***
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
PO Box 898 (Zip 19903)
Dover, DE  19901
**Email:  DOSDOC_Bankruptcy@state.de.us**

***ELECTRONIC MAIL***
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904
**Email:  statetreasurer@state.de.us**

***ELECTRONIC MAIL***
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC  20554
**Email:  SECBankruptcy-OGC-ADO@SEC.GOV**

***ELECTRONIC MAIL***
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA  19103
**Email:  philadelphia@sec.gov**

***ELECTRONIC MAIL***
Richard Best, Regional Director
New York Regional Office
Securities & Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
**Email: bankruptcynoticeschr@sec.gov; NYROBankruptcy@SEC.GOV**

***ELECTRONIC MAIL***
*(Lawyers for the Applicants)*
Sean Zweig, Esq.
Mike Shakra, Esq.
Thomas Gray, Esq.
Linda Fraser-Richardson, Esq.
Bennett Jones LLP
3400 One First Canadian Place
P.O. Box 130
Toronto, ON M5X 1A4
CANADA
**Email: ZweigS@bennettjones.com; shakram@bennettjones.com; grayt@bennettjones.com; fraserrichardsonl@bennettjones.com**

***ELECTRONIC MAIL***
**(***The Proposed Monitor)*
Michael McTaggart
Christine Sinclair
Juhab Hasan
PriceWaterhouseCoopers Inc.
18 York Street Suite 2500
Toronto, ON M5J 0B2
CANADA
**Email: michael.mctaggart@pwc.com; christine.l.sinclair@pwc.com; juhab.h.hasan@pwc.com**

***ELECTRONIC MAIL***
(*Counsel to the Proposed Monitor*)
Caitlin Fell, Esq.
Sharon Kour, Esq.
Reconstruct LLP
80 Richmond Street West, Suite 1700
Toronto, ON M5H 2A4
CANADA
**Email: cfell@reconllp.com; skour@reconllp.com**

**ELECTRONIC MAIL**
*(Counsel to The Bank of Nova Scotia)*
Shayne Kukulowicz, Esq.
Jason Arbuck, Esq.
Jeremy Bornstein, Esq.
Cassels Brock & Blackwell LLP
Bay Adelaide Centre – North Tower
40 Temperance Street, Suite 3200,
Toronto, ON M5H 0B4
CANADA
**Email: skukulowicz@cassels.com; jarbuck@cassels.com; jbornstein@cassels.com**

**ELECTRONIC MAIL**
*(Counsel to Harris Exploration Drilling & Associates, Inc.)*
Attn: Todd A. Baxter,
Cameron C. Stanley
Dickson Wright
1850 North Central Avenue, Suite 1400
Phoenix, AZ 85004-4568
**Email: tbaxter@dickinsonwright.com, cstanely@dickinsonwright.com**

**ELECTRONIC MAIL**

| | |
|---|---|
| Accelerated Truck Repair Email: adhernandez661@gmail.com | Lochend Energy Services, Inc. Email: mhayes@lochendservices.com |
| Acker Drill Company Email: accounting@ackerdrill.com | Manitoulin Transport Email: MKorabek@phillipslytle.com |
| Akin Gump Strauss Hauer & Feld LLP Email: sarriaga@AkinGump.com | Marietta Transfer Company, Inc. Email: TTutolo@pile.com |
| AMC USA/Reflex Email: sabrina.hughes@imdexlimited.com | Merten's Heavy Equipment Repair LLC Email: kiara@mertensequipment.com |
| American Diamond Tool Email: cchild@americandiamondtool.net | Midwest Geothermal LLC Email: beth@mwgeothermal.com |
| American Mining Services, LLC Email: Nicole.Boes@americanminingservices.com | Mincon Email: Michellemeikle@mincon.com |
| Arizona Registrar of Contractors Email: licensing@roc.az.gov | Motive Technologies Inc Email: billing@gomotive.com |
| Bridgestone Hose Power, LLC Email: tbates@hosepower.com | Multi-Power Products, Ltd. Email: Shiulm@multipowerproducts.com |
| BuildCentral Email: billing@buildcentral.com | Manitoulin Transport Email: MKorabek@phillipslytle.com |
| Burgex Mining Consultants Email: gpeterson@burgex.com | Marietta Transfer Company, Inc. Email: TTutolo@pile.com |
| Burr Forman LLP Email: accountsreceivable@burr.com | Merten's Heavy Equipment Repair LLC Email: kiara@mertensequipment.com |
| | |

| | |
|---|---|
| Cal Portland Company<br>Email: kmayfield@calportland.com | Midwest Geothermal LLC<br>Email: beth@mwgeothermal.com |
| California Contractors State License Board<br>Email: Licensing@cslb.ca.gov | Nevada State Contractors Board<br>Email: CustomerService@nscb.state.nv.us |
| Cassels Brock & Blackwell LLP<br>Email: skukulowicz@cassels.com;<br>jarbuck@cassels.com;<br>jbornstein@cassels.com | Norco<br>Email: carolw@norco-inc.com |
| CC Communications<br>Email: CatFinancial@m.catfinancial.com | NV ENERGY<br>Email: Support@gomotive.com |
| Cole International USA Inc<br>Email: AR.remittancesUSA@coleintl.com | Online Freight Services, Inc.<br>Email: wfritz@onlinefreight.com |
| COMPANIES FOR NET ZERO LLC<br>Email: scott.donachie@decarbsummits.com | Open Loop Energy, Inc<br>Email: bsherman@openloop.net |
| Concur Technologies, Inc.<br>Email: blake.ogletree@sap.com | Pac Rim Transportation LLC<br>Email: melody@pacrimtrans.com |
| Corporate Traveller<br>Email: natalie.stindl@corporatetraveller.ca | Paragon Drilling Supplies, Ltd<br>Email: Hayley@paragondrilling.com |
| DeConcini McDonald Yetwin & Lacy P.C.<br>Email: ploucks@dmyl.com | Phillips Lytle LLP<br>Email: MKorabek@phillipslytle.com |
| Diedrich Drill<br>Email: kim.malecki@diedrichdrill.com | Pile Dynamics, Inc.<br>Email: TTutolo@pile.com |
| Drilling Tools International Corp<br>Email: accountsreceivable@drillingtools.com | PricewaterhouseCoopers Inc.<br>Email: michael.mctaggart@pwc.com;<br>christine.l.sinclair@pwc.com |
| Eijkelkamp North America<br>Email: catchall@eijkelkamp.com | R & R Drilling, Inc.<br>Email: airdocron1@gmail.com |
| Eijkelkamp North America (USD)<br>Email: USinfo@eijkelkamp.com | Johnson Bearing<br>Email: ghibl@johnsonbearing.com |
| Eijkelkamp North America (USD)<br>Email: USinfo@eijkelkamp.com | JW Welding Supply<br>Email: ar@jwwelding.com |
| Empire Southwest, LLC<br>Email: Ria.Rana@empire-cat.com | Krux Analytics, Inc.<br>Email: gagdamag@kruxanalytics.com |
| Enterprise Holdings c/o Damage Recovery Unit<br>Email: beatrice.L.Slade@ehi.com | LAYNE CHRISTENSEN COMPANY dba IDS<br>Email: Paula.James@idsdrill.com |
| Faxpipe<br>Email: Concur@info.sap.com;<br>blake.ogletree@sap.com | Lisbon Valley Mining Co.<br>Email: bsparks@lisbonmine.com |
| Field Sync Inc<br>Email: daniel@fieldsync.ca | R & R Drilling, Inc.<br>Email: |
| First Insurance<br>Email: billing@faxpipe.com | Ray Quinney & Nebeker<br>Email: branschau@rqn.com |
| FLYERS ENERGY LLC<br>Email: Lawrence.salva@flyersenergy.com | |

| | |
|---|---|
| | Reconstruct LLP<br>Email: cfell@reconllp.com;<br>skour@reconllp.com |
| Flying Triangle Ranch, LLC<br>Email: cliffftr@wyoming.com | Reno Hydraulic & Rebuild, Inc.<br>Email: sandy@renohydraulic.com |
| Foremost Industries<br>Email: Clint.harrowing@foremost.ca | Rig Source Inc<br>Email: Amy@rigsourceinc.com |
| G.O. Loop LLC<br>Email: colton@goloopwi.com | Ronald Brandt<br>Email: support@berkindcomp.com |
| G.O. Loop, LLC<br>Email: Jacque@goloopwi.com | Sam Eakin, III<br>Email: sam@mojavedroneservices.com |
| Geneva Hydraulics, Inc.<br>Email: matt@genevahydraulics.com | Schlumberger Technology Corporation<br>Email: jjanssen@celsiusenergy.com |
| Geo-Loop, Inc. (USD)<br>Email: jenny@geo-loop.com | Sonesta Simply Suites<br>Email: katie.grenig@sonesta.com |
| Geothermal Energy Supply<br>Email: kmaruyama@weldongrp.com | Sun Machinery Corp.<br>Email: accounting@ackerdrill.com |
| Gold 50 US<br>Email: mwallace@g50corp.com | Techline Alaska, Inc.<br>Email: jakev@techline-services.com |
| Gold Basin Resources<br>Email: colin@goldbasincorp.com | TelAgility Corp<br>Email: support@telagility.biz |
| Gus Pech Mfg. Co. Ltd. (USD)<br>Email: purchasing@guspech.com | Terra Sonic<br>Email: crd@terrasonicinternational.com |
| Hardwick Machinery Repair<br>Email: ShayH@hardwickmachinery.com | TRZ Welding and Fabrication LLC<br>Email: timzacharias@gmail.com |
| Harrison Hydra-Gen<br>Email: dataentry@harrisonhydragen.org | Turnout Supply LLC<br>Email: Kassidy@turnoutsupply.com |
| Hidden Valley Insurance<br>Email: kelly@hiddenvalleyinc.com | United Rentals (Quickspace)<br>Email: URAccountsReceivable@ur.com |
| Hole Products<br>Email: lkuchinski@holeproducts.com | Utah Division of Professional Licensing<br>Email: dopl@utah.gov |
| Howell International Enterprises LLC<br>Email: accounting@miningrecord.com | Wayne Mehlhorn<br>Email: wmehlhorn@cox.net |
| ISCO Canada<br>Email: Holly.mclaughlin@isco-pipe.com | Werdco BC, Inc.<br>Email: paula@werdcobc.com |
| J&B Equipment Repair of TN<br>Email: info@okeefedrilling.com | Westland Insurance Group<br>Email: jwhelan@westlandinsurance.ca |
| J. Ruble & Sons Truck Sales Inc.<br>Email: nick@jruble.com;<br>melody@pacrimtrans.com | Wheeler Machinery Co.<br>Email: rgraves@wheelercat.com |
| Jim Menesini Petroleum<br>Email: ar@jimmenesinipetro.com | Wolfe Mining Products<br>Email: jwolfe@wolfemp.com |