**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| STS RENEWABLES LTD., et al., | Case No. 25-10884 (KBO) |
| Debtors in a Foreign Proceeding. | (Joint Administration Requested) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010–1 and the attached certification, counsel moves for the admission *pro hac vice* of Brooke E. Wilson of Pachulski Stang Ziehl & Jones LLP to represent the Debtors in the above-captioned chapter 15 cases and any related adversary proceedings.

Dated: May 18, 2025

*/s/ Steven W. Golden*
Steven W. Golden (DE Bar No. 6807)
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: sgolden@pszjlaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York and California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: May 18, 2025

*/s/ Brooke E. Wilson*
Brooke E. Wilson (CA Bar No. 354614)
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, Suite 3430
San Francisco, CA 94104
Telephone: (415) 263-7000
Email: bwilson@pszjlaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.

**Dated: May 19th, 2025
Wilmington, Delaware**

**KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE**

4917-7494-1497.2 81857.00001