WWR# 041885862

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
AT WILMINGTON

| | |
|---|---|
| IN RE: | CASE NO. 25-10892 |
| HARRIS EXPLORATION DRILLING & ASSOCIATES INC | CHAPTER |
| | JUDGE BANKRUPTCY JUD KAREN B OWENS |
| DEBTOR(S) | |

## **REQUEST FOR NOTICE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Agent for creditor, FORD MOTOR CREDIT COMPANY LLC.

Please send all further communications, pleadings, court notices, and other documents intended for FORD MOTOR CREDIT COMPANY LLC to undersigned Agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ GARRY MASTERSON
GARRY MASTERSON
Agent for Creditor
5990 WEST CREEK RD, SUITE 200
INDEPENDENCE, OH 44131
877-338-9484
bronationalecf@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 7th day of August, 2025 addressed to:

STEVEN W GOLDEN, Attorney for Debtor
SGOLDEN@PSZJLAW.COM

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

HARRIS EXPLORATION DRILLING & ASSOCIATES INC
19 SHECKLER CUT OFF
FALLON, NV 89406-2310

,

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ GARRY MASTERSON
GARRY MASTERSON
Agent for Creditor
5990 WEST CREEK RD, SUITE 200
INDEPENDENCE, OH 44131
877-338-9484
bronationalecf@weltman.com