# **EXHIBIT B**

Notice of Full Administration

| | |
|---|---|
| In re: | Chapter 15 |
| STS RENEWABLES LTD., et al.,[1] | Case No. 25-10884 (KBO) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

## NOTICE OF FULL ADMINISTRATION OF CHAPTER 15 CASES

**PLEASE TAKE NOTICE** that on December [●], 2025, the Foreign Representative[2] filed the *Motion for Entry of Order (I) Recognizing and Enforcing Distribution Order and Ancillary Order, (II) Approving the Procedure Governing Closing of Chapter 15 Cases, and (III) Granting Related Relief* [Docket No. ●] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on [●], 2025, the Court entered the *Order (I) Recognizing and Enforcing Distribution Order and Ancillary Order, (II) Approving the Procedure Governing Closing of Chapter 15 Cases, and (III) Granting Related Relief* [Docket No. ●] (the "Recognition Order").

**PLEASE TAKE FURTHER NOTICE** that on [●], 2026, PricewaterhouseCoopers Inc., in its capacity as the court-appointed monitor in the Canadian Proceedings (the "Monitor") filed a *Monitor's Certificate* in the Canadian Proceedings. Information on the Canadian Proceedings and documents filed therein, including the *Monitor's Certificate*, reports from the Monitor, and motion materials, can be found on the Monitor's website at https://www.pwc.com/ca/en/services/insolvency-assignments/stsrenewables.html.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Order authorizes the Foreign Representative to seek entry of an order closing these Chapter 15 Cases by filing and serving this Notice of Full Administration, subject to a thirty (30) day objection period from the date of service of this Notice of Full Administration.

**PLEASE TAKE FURTHER NOTICE** that all transactions in the Canadian Proceedings have occurred and the Canadian Proceedings have been terminated. Therefore, these Chapter 15 Cases have been fully administered.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to entry of the Proposed Case Closure Order must be made by [●], 2026. All objections must: (a) be in writing, (b) set forth the factual and legal bases for the objection in detail, (c) be filed with the United States Bankruptcy Court for the District of Delaware, Office of the Clerk of the Court, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and (d) be served upon counsel for the Foreign Representative, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE, 19801 Attn: Steven W. Golden

---

[1] The Debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's unique identifier, are: STS Renewables Ltd. (6458); 10531618 Canada Inc., f/k/a Subterra Capital Partners Inc. (1618); 14878868 Canada Ltd., f/k/a Subterra Development Ltd. (8868); 2425036 Inc., f/k/a Subterra Capital Partners US Inc. (0344); and 1001374205 Ontario Inc. The Debtors' service address for purposes of these Chapter 15 Cases is 3400 One First Canadian Place, P.O. Box 130, Toronto, ON, M5X 1A4.

[2] Capitalized terms not defined in this Notice have the meanings given to them in the Motion.

(sgolden@pszjlaw.com) and Mary F. Caloway (mcaloway@pszjlaw.com) so as to be **actually received on or before [●], 2026 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES OR OBJECTIONS ARE RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE FOREIGN REPRESENTATIVE WITHOUT FURTHER NOTICE OR HEARING UPON FILING OF CERTIFICATION OF NO OBJECTION.**

Dated: **[●], 2025**  **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Steven W. Golden*
Steven W. Golden (DE Bar No. 6807)
Mary F. Caloway (DE Bar No. 3059)
Brooke E. Wilson (*admitted pro hac vice*)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Tel: 302-652-4100
Fax: 302-652-4400
sgolden@pszjlaw.com
mcaloway@pszjlaw.com
bwilson@pszjlaw.com

*Attorneys for Foreign Representative*