# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| STS RENEWABLES LTD., et al.,[1] | Case No. 25-10884 (KBO) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |
| | Re Docket No. 50 |

**CERTIFICATE OF NO OBJECTION REGARDING FOREIGN REPRESENTATIVE'S MOTION FOR ENTRY OF ORDER (I) RECOGNIZING AND ENFORCING DISTRIBUTION ORDER AND ANCILLARY ORDER; (II) APPROVING THE PROCEDURE GOVERNING CLOSING OF CHAPTER 15 CASES; AND (III) GRANTING RELATED RELIEF**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Foreign Representative's Motion for Entry of Order (I) Recognizing and Enforcing Distribution Order and Ancillary Order; (II) Approving the Procedure Governing Closing of Chapter 15 Cases; and (III) Granting Related Relief* [Docket No. 50] (the "Motion") filed on December 17, 2025. The undersigned further certifies that the Court's docket has been reviewed in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Objections to the entry of an order granting the Motion were due no later than December 31, 2025 at 4:00 p.m. (ET).

Accordingly, it is hereby respectfully requested that the proposed order attached hereto as **Exhibit A** be entered at the Court's convenience.

---

[1] The Debtors in these chapter 15 cases (the "Chapter 15 Cases"), along with the last four digits of each Debtor's unique identifier, are: STS Renewables Ltd. (6458); Earth Drilling Co. Ltd. (2067); On Track Drilling Inc. (0775); Subterra Capital Partners Inc. (1618); Subterra Development Ltd. (8868); Earth Drilling Co. Ltd. (5471); STS Renewables Earth USA Acquisition Co. Ltd. (9095); Harris Exploration Drilling & Associates Inc. (9416); and Subterra Capital Partners US Inc. (0344). The Debtors' service address for purposes of these Chapter 15 Cases is 365 Bloor St. E, Suite 400, Toronto, Ontario, Canada M4W 1H7.

| Dated: January 5, 2026 | **PACHULSKI STANG ZIEHL & JONES LLP** |
|---|---|

*/s/ Steven W. Golden*
Steven W. Golden (DE Bar No. 6807)
Mary F. Caloway (DE Bar No. 3059)
Brooke E. Wilson (*admitted pro hac vice*)
919 North Market Street, 17th Floor
Wilmington, Delaware 19899-8705
Tel: 302-652-4100
Fax: 302-652-4400
sgolden@pszjlaw.com
mcaloway@pszjlaw.com
bwilson@pszjlaw.com

*Counsel to the Foreign Representative*